JUDGE KOELTL

'07 CIV 7768

Christopher M. Schierloh (CS-6644)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WELL LUCK CO., INC.,

          Plaintiff,

  - against -

CHINA SHIPPING CONTAINER LINES CO., LTD.,

          Defendant.
------------------------------------------------------------X

07 Civ.

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**

RECEIVED AUG 31 2007 U.S.D.C. S.D.N.Y. CASHIERS

NOW comes plaintiff, WELL LUCK CO., INC., and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1:

WELL LUCK CO., INC. is a privately owned company with no publicly traded parents, affiliates and/or subsidiaries.

Dated: New York, New York
      August 31, 2007
      115-874

                            CASEY & BARNETT, LLC
                            Attorneys for Plaintiff

          By: _____
                 Christopher M. Schierloh (CS-6644)
                 317 Madison Avenue, 21st Floor
                 New York, New York 10017
                 (212) 286-0225