USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WELL LUCK CO., INC.,

        Plaintiff,

- against -

CHINA SHIPPING CONTAINER LINES CO.,
LTD.,

        Defendant.
------------------------------------------------------------X

07 Civ. 7768 (JGK)

NOTICE AND ORDER OF
VOLUNTARY
DISCONTINUANCE

    **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed without prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       September 26, 2007

                                CASEY & BARNETT, LLC
                                Attorneys for Plaintiff

                       By: _____
                              Christopher M. Schierloh (CS-6644)
                              317 Madison Avenue, 21st Floor
                              New York, New York 10017
                              (212) 286-0225

SO ORDERED:
_____
U.S.D.J.
9/26/07